# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 8:13-BK-09912 CPM | Trustee: | (290039) RICHARD M. DAUVAL |
|---|---|---|---|
| Case Name: | NASH, HAROLD R. | Filed (f) or Converted (c): | 07/29/13 (f) |
| | NASH, MARTHA A. | §341(a) Meeting Date: | 08/30/13 |
| Period Ending: | 09/30/13 | Claims Bar Date: | 01/02/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family home located on 2.7 acres with 2 o<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 140,000.00 | 30,041.53 | | 0.00 | 140,000.00 |
| 2 | Checking Account - Citizens Bank & Trust, Lake W<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 234.56 | 0.00 | | 0.00 | FA |
| 3 | Savings Account - Citizens Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 1,314.59 | 0.00 | | 0.00 | FA |
| 4 | Checking Account - Midflorida Credit Union<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 51.09 | 51.09 | | 0.00 | 51.06 |
| 5 | Savings Account - Midflorida Credit Union<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 1,833.53 | 0.00 | | 0.00 | FA |
| 6 | small kitchen appliances, utensils, 3 television<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 2,430.00 | 0.00 | | 0.00 | FA |
| 7 | collectible china<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 8:13-BK-09912 CPM  
**Case Name:** NASH, HAROLD R.  
NASH, MARTHA A.  
**Period Ending:** 09/30/13

**Trustee:** (290039) RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 07/29/13 (f)  
**§341(a) Meeting Date:** 08/30/13  
**Claims Bar Date:** 01/02/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | misc clothes<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 25.00 | 0.00 | | 0.00 | FA |
| 9 | WWII rifle<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 0.00 | | 0.00 | FA |
| 10 | 1994 Dodge Van<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 200.00 | | 0.00 | 199.87 |
| 11 | 2006 Chevrolet HHR with 65,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 5,200.00 | 3,200.00 | | 0.00 | FA |
| 12 | at Ridge Rentals - tables, chairs, small applian<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 700.00 | 700.00 | | 0.00 | 699.54 |
| 13 | at atorage unit - art supplies, paints, brushes,<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 700.00 | 700.00 | | 0.00 | 699.53 |
| 14 | at storage unit - power tools, small hand tools,<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 8:13-BK-09912 CPM  
**Case Name:** NASH, HAROLD R.  
NASH, MARTHA A.  
**Period Ending:** 09/30/13

**Trustee:** (290039) RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 07/29/13 (f)  
**§341(a) Meeting Date:** 08/30/13  
**Claims Bar Date:** 01/02/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | 3 lawn mowers<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 245.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets  Totals** (Excluding unknown values) | **$153,833.77** | **$34,892.62** | | **$0.00** | **$141,650.00** |

**Major Activities Affecting Case Closing:**

10/14/13: payment in on sale of personal proeprty to Debtor, gave RNS to Margie to serve and file.

10/10/13: listing agent advises that she has madae arrangements to inspect home this weekend. Still no hearing set on motoin to lift stay.

09/29/13: executed listing agreement with listing agent, filed with PACER along with app to employ, order: T929201310319; filed NOA. Emailed DA for buy back terms $1650.

09/23/13: email to Central mortgage. Call to possible listing agent for the property, Kendall Bonner. She will complete CMA to see what the equity would be if any to the estate.

(10/15/13) Report and Notice of Intention to Sell (Doc.#16).

**Initial Projected Date Of Final Report (TFR):** June 15, 2014    **Current Projected Date Of Final Report (TFR):** June 15, 2014

Printed: 10/15/2013 02:24 PM    V.13.13